# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHEN SALASSI AND JENNIFER
SALASSI

VERSUS

STEVE BLACKWELL, RHONDA
BLACKWELL, MICHAEL FREELAND,
AND K.W.E.J., LLC, D/B/A
KELLER WILLIAMS REALTY 455-
0100

NO.   2023 CW 0037

**APRIL 5, 2023**

---

In Re:   Steve and Rhonda Blackwell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202111751.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** The district court's November 16, 2022 judgment denying the motion for summary judgment filed by Defendants, Steve and Rhonda Blackwell, is reversed. On our *de novo* review, we find Plaintiffs failed to produce factual support sufficient to establish the existence of a genuine issue of material fact or that Defendants are not entitled to judgment as a matter of law. We found no evidence that Defendants intended to defraud Plaintiffs, and such evidence is required to invalidate an otherwise effective waiver of the warranty against redhibitory defects. See **Minton v. Acosta**, 2021-1180 (La. App. 1st Cir. 6/3/22), 343 So.3d 721, 726. Further, neither the purchase agreement nor the act of sale predicates the sale of the property on the existence of a roof warranty, and the broad language of the waivers therein precludes a negligent misrepresentation claim. Accordingly, the motion for summary judgment filed by Defendants is granted, and the claims asserted by Plaintiffs, Stephen and Jennifer Salassi, against Defendants, Steve and Rhonda Blackwell, are hereby dismissed with prejudice.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
FOR THE COURT